STATE v. SMITH

No. 138 PC.

Case below: 16 N.C. App. 736.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

STATE v. THORNTON

No. 3 PC.

Case below: 17 N.C. App. 225.

Petition by the Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 6 March 1973.

STATE v. WOODCOCK

No. 9 PC.

Case below: 17 N.C. App. 242.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.

TODD v. INSURANCE CO.

No. 16 PC.

Case below: 17 N.C. App. 274.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 March 1973.